NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE S. HARGER,**
*Claimant-Appellant,*

**v.**

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-3092, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

George S. Harger moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied. The docketing fee must be paid within 14 days from the date of this order.

2                                   HARGER v. GIBSON


(2)  The revised official caption is reflected above.


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s24